IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HILL-ROM SERVICES, INC., HILL-ROM COMPANY, INC., and HILL-ROM MANUFACTURING, INC., <br><br>　　Plaintiffs and Counterclaim Defendants, <br><br>v. <br><br>STRYKER CORPORATION d/b/a STRYKER MEDICAL, and STRYKER SALES CORPORATION, <br><br>　　Defendants and Counterclaim Plaintiffs. | Case No. 1:11-CV-01120-JMS-DKL <br><br> Hon. Jane Magnus-Stinson <br><br> Hon. Magistrate Judge Denise K. LaRue |

**HILL-ROM AND STRYKER'S JOINT MOTION TO SEVER CLAIMS RELATING TO THE NETWORK PATENTS AND TO DISMISS WITHOUT PREJUDICE CERTAIN INFRINGEMENT CLAIMS AND COUNTERCLAIMS**

Plaintiffs Hill Rom Services, Inc., Hill-Rom Company, Inc., and Hill-Rom Manufacturing, Inc. (collectively, "Hill-Rom") and Defendants Stryker Corporation d/b/a Stryker Medical and Stryker Sales Corporation ("Stryker") jointly move (1) to sever from the pending litigation into a separate case all claims and counterclaims arising from U.S. Patent Nos. 5,771,511; 7,237,287; 7,568,246; 7,506,390; 7,520,006; and 7,669,263 (collectively, "the Network Patents") pursuant to Federal Rule of Civil Procedure 42(b), and (2) to dismiss without prejudice all of Hill-Rom's claims of infringement in this matter relating to the transmission of information from a Stryker bed over a serial port connection, which are accused of infringing U.S. Patent Nos. 5,699,038; 6,147,592; and 7,538,659 ("the Data Transfer Patents"), and all of Stryker's counterclaims relating thereto.

As this Court is aware, the network patents are currently undergoing reexamination by

the United States Patent and Trademark Office.  Additionally, per this Court's previous Order (D.I. 146), the litigation with respect to the Network Patents is currently stayed.  In view of the concurrently filed Unopposed Motion for Summary Judgment of Non-Infringement of the Data Transfer Patents, the parties hereby jointly move to sever the Network Patents from the pending litigation into a separate case, so as to allow the parties to receive a final judgment with respect to the Data Transfer Patents.

Additionally, the parties jointly move to dismiss without prejudice all of Hill-Rom's claims of infringement (literal and under the doctrine of equivalents) relating to the transmission of information from a Stryker bed over a serial port connection, which are accused of infringing the Data Transfer Patents.  The parties also request the dismissal without prejudice of Stryker's counterclaims that relate to the alleged infringement of the Data Transfer Patents by the transmission of information from a Stryker bed over a serial port connection.  Hill-Rom preserves the right to re-assert these claims in this Court, to the extent permitted by this Court, only in the event that the Federal Circuit remands this case back to this Court based on claim constructions, in whole or in part, and Hill-Rom pursues its claims of infringement of the Data Transfer Patents against any of the remaining Stryker products accused of infringing those patents.  Stryker preserves the right to re-assert these counterclaims in this Court, to the extent permitted by this Court.

Date:  April 1, 2013

| /s/ David K. Callahan | /s/ Steven E. Derringer (with permission) |
|---|---|
| David K. Callahan, P.C.<br>Mary E. Zaug<br>Alicia L. Shah<br>Josh Reed<br>Paul D. Bond | Christopher J. Lind<br>Steven E. Derringer<br>Brian C. Swanson<br>Benjamin Whiting<br><br>BARLIT BECK HERMAN PALENCHAR |

KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000
Fax: (312) 862-2200
Email: david.callahan@kirkland.com
mary.zaug@kirkland.com
alicia.frostick@kirkland.com
josh.reed@kirkland.com
daniel.bond@kirkland.com

Andrew W. Hull
HOOVER HULL LLP
111 Monument Circle, Suite 4400
Indianapolis, IN 46244
Phone: (317) 822-4400
Fax: (317) 822-0234
Email: awhull@hooverhull.com

Attorneys for Plaintiffs,
*Hill-Rom Services, Inc.*
*Hill-Rom Company, Inc.*
*Hill-Rom Manufacturing, Inc.*

 & SCOTT LLP
54 West Hubbard Street
Suite 300
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
Email: chris.lind@barlit-beck.com
steven.derringer@barlit-beck.com
brian.swanson@bartlit-beck.com
ben.whiting@barlit-beck.com

Daniel J. Lueders
Steve E. Zlatos
WOODARD, EMHARDT, MORIARTY
McNETT & HENRY LLP
Chase Tower
111 Monument Circle, Suite 3700
Indianapolis, IN 46204
Phone: (317) 634-3456
Fax: (317) 637-7561
Email: dlueders@uspatent.com
stevezlatos@uspatent.com

Attorneys for Defendants,
*Stryker Corporation*
*Stryker Sales Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the counsel of record via the Court's Electronic Notification system, this 1st day of April, 2013.

/s/ David K. Callahan