UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HILL-ROM SERVICES, INC., *et al.*, </br>     *Plaintiffs/Counter-Defendants*, </br> </br> vs. </br> </br> STRYKER CORP., *et al.*, </br>     *Defendants/Counter-Plaintiffs.* | 1:11-cv-1120-JMS-DKL |

## ORDER

On August 5, 2014, this Court received the Mandate from the United States Court of Appeals for the Federal Circuit. [Filing No. 178.] Based on the Federal Circuit's decision, [Filing No. 177], the Court directed the Clerk to reopen this case on this Court's docket, [Filing No. 179]. The Court also requested that the Magistrate Judge work with the parties to formulate a Case Management Plan to bring this case to closure. [Filing No. 179.]

Magistrate Judge LaRue held a telephonic status conference with the parties on August 22, 2014. [Filing No. 184.] At that conference, Defendants notified the Court that they intend to file a petition for writ of certiorari with the United States Supreme Court. [Filing No. 184 at 1.] Plaintiffs will oppose Defendants' petition. [Filing No. 184 at 1.] At the conference, the parties agreed that given the forthcoming petition, it did not make sense to move forward with the case in this Court at this time. [Filing No. 184 at 1.]

Magistrate Judge LaRue recommended that this case be administratively closed and that the parties file a motion to reopen the case within 30 days after resolution of the issue forming the basis of Defendants' certiorari petition. [Filing No. 184 at 2.] More than fourteen days have passed since Magistrate Judge LaRue's recommendation, and no party has objected. Fed. R. Civ. Pro. 72.

The Court **ACCEPTS** Magistrate Judge LaRue's recommendation and **ORDERS** the Clerk to **ADMINISTRATIVELY CLOSE** this matter on this Court's docket. Any party may move to reopen this case **within 30 days** of the United States Supreme Court resolving Defendants' petition and accompanying proceedings, if any occur. A party may move to reopen this case at an earlier time if such a motion is supported by good cause.

September 19, 2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Registered Counsel of Record